```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                            :
AARON ADLER; JEAN DUBINSKY APPLETON;        :
MURRAY KANER; EMANUEL LEVETHAL; DOUGLAS     :
LEVIN; RALPH REUTER; SAUL ROSEN; and        :
JONATHAN SMALLS,                            :
                        Plaintiffs,         :    09 Civ. 8877 (DLC)
                                            :
            -v-                             :       PRETRIAL
                                            :    SCHEDULING ORDER
BRUCE RAYNOR; EDGAR ROMENY; MICHAEL         :
HIRSCH; HERBERT RICKLIN; THE UNITE HERE     :
STAFF RETIREMENT PLAN; THE ILGWU DEATH      :
BENEFIT FUND; UNITE HERE; WORKERS           :
UNITED; THE ILGWU DEATH BENEFIT FUND        :
COMMITTEE; THE FINANCE COMMITTEE OF THE     :
ILGWU DEATH BENEFIT FUND; THE BOARD OF      :
TRUSTEES OF THE UNITE HERE STAFF            :
RETIREMENT PLAN; THE UNITE HERE             :
INVESTMENT COMMITTEE; THE AMALGAMATED       :
BANK; and THE ALICO SERVICES                :
CORPORATION,                                :
                        Defendants.         :
                                            :
-------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-20-10

DENISE COTE, District Judge:

   As set forth at the pretrial conference held pursuant to Rule 16, Fed.R.Civ.P., on April 16, 2010, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1.   The parties are instructed to contact the chambers of Magistrate Judge Katz prior to **April 23, 2010** in order to pursue settlement discussions under his supervision.

2.   The plaintiffs shall file their amended complaint by **May 21, 2010**.

3.   The following motion will be served by the dates indicated below.

Any motion to dismiss by defendants

- Motion served by **June 30, 2010**
- Opposition served by **July 30, 2010**
- Reply served by **August 20, 2010**

At the time any Reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         April 19, 2010

                                    _____
                                          DENISE COTE
                                    United States District Judge